IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **MARCUS A HUNT,** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**SHELBY COUNTY, TENNESSEE, a Tennessee** )<br>**municipality; WELLPATH, LLC, a Delaware** )<br>**Limited Liability Company; REGINAL** )<br>**HUBBARD, Shelby County Correctional** )<br>**Officer; F/N/U GREEN, Shelby County** )<br>**Correctional Officer; F/N/U BUFFORD, Shelby** )<br>**County Correctional Officer; DONNA** )<br>**RANDOLPH, M.D., WellPath, LLC Employee;** )<br>**TERI WILLIAMS, FNP, Wellpath, LLC** )<br>**Employee, DONNA R. TAYLOR, RN, WellPath,** )<br>**LLC, Employee; MICHAEL MAYFIELD, LPN,** )<br>**WellPath LLC Employee; and TESSA Y.** )<br>**TOOMER, LPN, WellPath, LLC Employee,** )<br>)<br>    Defendants. ) | Case No. 2:21-cv-02186-JTF-cgc |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Marcus A. Hunt and Defendants Shelby County, Tennessee, a Tennessee municipality, Wellpath, LLC, a Delaware Limited Liability Company, Reginald Hubbard, Shelby County Correctional Officer, Michael Green, Shelby County Correctional Officer, Antonio Bufford, Shelby County Correctional Officer, Donna Randolph, M.D., Wellpath, LLC employee, Teri Williams, FNP, Wellpath, LLC employee, Donna R. Taylor, RN, Wellpath, LLC employee, Michael Mayfield, LPN, Wellpath, LLC employee, and Tessa Y. Toomer, LPN,

Wellpath, LLC employee's (collectively, the "Parties") Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on August 10, 2022. (ECF No. 111.) The Court notes that all matters between the parties have been settled. The Court, being duly advised, finds that this action is **DISMISSED** in its entirety with prejudice. Accordingly, each party shall bear their own attorneys' fees and costs.

    **IT IS SO ORDERED** this 11th day of August, 2022.

                                                    *s/John T. Fowlkes, Jr.*
                                                   JOHN T. FOWLKES, JR.
                                                   UNITED STATES DISTRICT JUDGE